UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JOSEPHINE GRACE | : | DOCKET NO. 3:22-cv-03392 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| SHELTER MUTUAL INSURANCE CO, ET AL. | : | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 21], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Josephine Grace's voluntary motion to dismiss without prejudice [doc. 17] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 11th day of September, 2023.

JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT